UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**KRISTIN MARIE HASTRICH**,                    Civil Case No. 3:13-cv-00882-KI

      Plaintiff,

                                    JUDGMENT

             v.

**COMMISSIONER SOCIAL SECURITY ADMINISTRATION**,

      Defendant.

    Tim D. Wilborn
    Wilborn Law Office, P.C.
    P. O. Box 370578
    Las Vagas, Nevada  89137

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
U. S. Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204

Kathy Reif
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, Washington  98104

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further hearing.

      Dated this    3rd    day of October, 2014.

                                   /s/ Garr M. King
                                   Garr M. King
                                   United States District Judge